■ In the Matter of Joseph Fischer, Petitioner, v Appeals Board of New York State Department of Motor Vehicles, Respondent. [852 NYS2d 787]—

The determination that the petitioner violated Vehicle and Traffic Law § 1111 (d) (1) is supported by substantial evidence and must be confirmed (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176, 179 [1978]; *Matter of Resciniti v Department of Motor Vehs. of State of N.Y.,* 255 AD2d 589 [1998]; *Matter of Ballen v Commissioner of Motor Vehs.,* 147 AD2d 560, 561 [1989]). The petitioner's challenge to the administrative determination rests upon an issue of credibility which was primarily for the fact-finder to resolve (*see Matter of J. Bruno Sons, Inc. v Martinez,* 15 AD3d 485, 486 [2005]; *Matter of Kahn v State of N.Y. Dept. of Motor Vehs.,* 134 AD2d 594 [1987]).

The petitioner's remaining contentions are either not properly before us or without merit. Fisher, J.P., Dillon, McCarthy and Belen, JJ., concur.